# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**JULIA BLAIN,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No:  20-4043-JWB**

**WYANDOTTE COUNTY**
 **DETENTION CENTER,**
**CORRECT CARE,**

        **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

In accordance with the Memorandum and Order filed February 10, 2021, Defendants' motions to dismiss (Docs. 10, 14) are GRANTED.  This matter is DISMISSED, without prejudice.

 February 10, 2021                            TIMOTHY M. O'BRIEN
     Date                                       CLERK OF THE DISTRICT COURT

                                                       by:   s/ Joyce Roach
                                                              Deputy Clerk